UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 28  P 1: 35

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| SAB Technology, LLC, | : |
|        Plaintiff, | : Civil Action No. 301 CV 84 (AWT) |
|     v. | : |
| Port Incorporated, | : |
|        Defendant. | : |
| Port Incorporated, | : |
|        Counterclaim Plaintiff, | : |
|     v. | : |
| SAB Technology, LLC and Harold Fischel, | : May 27, 2004 |
|        Counterclaim Defendants. | : |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, William J. Kelleher III, in accordance with Local Rule of Civil Procedure 7(e), hereby moves to withdraw his appearance in this action. In support of this Motion, the undersigned states as follows:

1.    The undersigned is an associate at the law firm of Wiggin & Dana LLP, counsel to Port Incorporated ("Port"), the defendant and counterclaim plaintiff in this case. I am leaving the firm effective June 4, 2004 for other employment.

2. Port's motion for summary judgment is pending and the parties are awaiting the Court's decision thereon.

3. In addition to being represented by the undersigned, Port is represented by William J. Speranza, a partner at Wiggin & Dana. Mr. Speranza has appeared in the case, has represented Port throughout the case and will continue in that capacity.

4. Allowing the undersigned to withdraw as counsel of record for Port will not cause any prejudice to the parties and will not affect the administration of this case.

5. Port has received notice that the undersigned attorney is seeking to withdraw and its representative is being served with a copy of this Motion by certified mail as required by Rule 7(e).

Wherefore, the undersigned respectfully requests that the Court allow him to withdraw his appearance in this action.

Respectfully submitted,

William J. Speranza (ct 08165)
William J. Kelleher III (ct 22140)
WIGGIN & DANA LLP
400 Atlantic Street, 7th Floor
Stamford, Connecticut 06901
(203) 363-7600
(203) 363-7676 (facsimile)
wsperanza@wiggin.com
wkelleher@wiggin.com

Attorneys for Defendant/Counterclaim Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was this day served on counsel of record for all parties listed below via first-class mail, postage pre-paid.

Charles Harris, Esq.
Harris & Harris
11 Belden Avenue, 2nd Floor
Norwalk, Connecticut 06850

And by certified mail, post prepaid to:

Michael V. Ward, Esq.
Vice President and General Counsel
Targus Group International, Inc.
1211 North Miller Street
Anaheim, California 92806

Date: 5/27/04

_____
William J. Kelleher III

\14895\1\87710.1