UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 28 P 1: 35
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| SAB Technology, LLC, | |
|     Plaintiff, | Civil Action No. 301 CV 84 (AWT) |
|     v. | |
| Port Incorporated, | |
|     Defendant. | |
| Port Incorporated, | |
|     Counterclaim Plaintiff, | |
|     v. | |
| SAB Technology, LLC and Harold Fischel, | May 27, 2004 |
|     Counterclaim Defendants. | |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, William J. Kelleher III, in accordance with Local Rule of Civil Procedure 7(e), hereby moves to withdraw his appearance in this action. In support of this Motion, the undersigned states as follows:

1. The undersigned is an associate at the law firm of Wiggin & Dana LLP, counsel to Port Incorporated ("Port"), the defendant and counterclaim plaintiff in this case. I am leaving the firm effective June 4, 2004 for other employment.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.

FILED 2004 JUN 11 A 11:23 U.S. DISTRICT COURT HARTFORD, CT