UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------X
SAB TECHNOLOGY, LLC,     :
                         :
        Plaintiff,       :
                         :
v.                       :     Civ. No. 3:01CV00084 (AWT)
                         :
PORT INCORPORATED,       :
                         :
        Defendant.       :
------------------------X
```

**ENDORSEMENT ORDER**

The Plaintiff's Motion for Reconsideration of the Endorsement Order and Request for an Extension of Time to Render Timely Plaintiff's Cross-Motion for Summary Judgment <u>Nunc Pro Tunc</u> (Doc. No. 105) is hereby DENIED, for substantially the reasons set forth by the Defendant in its opposition (Doc. No. 109).

It is so ordered.

Dated this 30th day of March 2005, at Hartford, Connecticut.

_____/s/_____
Alvin W. Thompson
United States District Judge