UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAB TECHNOLOGY, LLC : | |
| v. : | CASE NO. 3:01CV84 (AWT) |
| PORT, INC. : | |

## PARTIAL JUDGMENT

This action having come on for consideration of cross motions for summary judgment filed before the Honorable Alvin W. Thompson, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed a Ruling, granting defendant's motion and denying plaintiff's motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Port, Incorporated on plaintiff SAB Technology, LLC's sole claim. The only remaining claims in this case are Port Incorporated's two counterclaims.

Dated at Hartford, Connecticut, this 13th day of July, 2006.

KEVIN F. ROWE, Clerk

By _____/s/_____
Sandra Smith
Deputy Clerk