### Name of United States District Court for the District Connecticut

Case Number 3:01 CV 00084 (AWT)

SAB Technology                    , Plaintiff,

v.                    **NOTICE OF APPEAL**

Port Incorporated            , Defendant.

Notice is hereby given that SAB Technology                    (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Rulling on Motion for Summary Judgment (from the final judgment) ((from an order) (describe the order)) entered in this action on July 12    2006 ,      (date).

_____
(Signature of appellant or attorney)

KALIKO &YEAGER
500 North Franklin Turnpike
Ramsey, New Jersey 07446
_____
(Address of appellant or attorney)