3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAUSE TECHNOLOGY LLC,<br>　　　Plaintiff,<br><br>　　　v.<br><br>TIVO INC.,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 01-11657-PBS |

## AMENDED FINAL JUDGMENT

April 7, 2005

Saris, U.S.D.J.

This case is on remand after dismissal of the appeal by the Federal Circuit subject to reinstatement on certain conditions. See __ F. 3d __, 2005 WL 579507, 74 U.S.P.Q.2d 1058 (Fed. Cir. March 14, 2005). Pursuant to this Court's Memorandum and Order dated February 2, 2004, allowing Defendant TiVo, Inc.'s ("TiVo") Motion for Summary Judgment on non-infringement, after hearing, it is **ORDERED AND ADJUDGED** that:

1. Final Judgment is hereby entered, *nunc pro tunc* to February 9, 2004, on behalf of TiVo and against Plaintiff Pause Technology LLC ("Pause"), as to all claims of infringement in Pause's complaint. The parties agree that the only accused products at issue in this case involved software versions 2.0 and later.

2. TiVo's counterclaim for a declaratory judgment of invalidity of U.S. Patent Reissue No. 36,801 is dismissed without

prejudice, *nunc pro tunc*, to February 9, 2004 because it is moot. Nystrom v. TREX Co., Inc., 339 F.3d 1347, 1351 (Fed. Cir. 2003). This counterclaim seeking a declaratory judgment of invalidity is subject to renewal in the event that any appeal results in a remand.

3. All remaining claims and counterclaims are dismissed without prejudice.

S/PATTI B. SARIS
United States District Judge

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAB TECHNOLOGY, LLC, Plaintiff,<br><br>v.<br><br>PORT INCORPORATED,<br>Defendant.<br>_____<br><br>PORT INCORPORATED,<br>    Counterclaim<br>    Plaintiff,<br><br>v.<br><br>SAB TECHNOLOGY, LLC and<br>HAROLD FISHEL,<br>    Counterclaim<br>    Defendant. | Civ. No. 3:01cv00084 (AWT) |

## AMENDED JUDGMENT

This action having come on for consideration of motions for amended judgment filed before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the full record of the case including applicable principles of law, and having filed a Ruling, granting Plaintiff's motion, it is therefore,

ORDERED, ADJUDGED AND DECREED that:

1.    Final judgment is hereby entered on behalf of Port and against Plaintiff SAB, as to all claims of infringement in SAB's complaint.

2.    Port's counterclaim for a declaratory judgment of invalidity of U.S. Patent No. 5,909,806 is dismissed without prejudice. This counterclaim seeking a declaratory judgment of invalidity is subject to renewal in the event that any appeal results in a remand.

3. All remaining claims and counterclaims are dismissed without prejudice.

Date: _____  By: _____
                                   United States District Court Judge

5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAB TECHNOLOGY, LLC, Plaintiff,<br><br>v.<br><br>PORT INCORPORATED,<br>Defendant.<br><br>PORT INCORPORATED,<br>    Counterclaim<br>    Plaintiff,<br><br>v.<br><br>SAB TECHNOLOGY, LLC and<br>HAROLD FISHEL,<br>    Counterclaim<br>    Defendant. | Civ. No. 3:01cv00084 (AWT) |

## RULE 54(b) CERTIFICATION

This action having come on for consideration of motions filed before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the full record of the case including applicable principles of law, and having filed a Ruling, granting Plaintiff's motion, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Partial Judgment dated July 13, 2006 be and is hereby certified pursuant F.R.C.P. Rule 54(b) in favor of Defendant Port on plaintiff SAB's sole claim. This case may now proceed to appeal.

Date: _____          By: _____
                                       United States District Court Judge

6

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAB TECHNOLOGY, LLC | : | |
| v. | : | CASE NO. 3:01CV84 (AWT) |
| PORT, INC. | : | |

PARTIAL JUDGMENT

This action having come on for consideration of cross motions for summary judgment filed before the Honorable Alvin W. Thompson, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed a Ruling, granting defendant's motion and denying plaintiff's motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Port, Incorporated on plaintiff SAB Technology, LLC's sole claim. The only remaining claims in this case are Port Incorporated's two counterclaims.

Dated at Hartford, Connecticut, this 13th day of July, 2006.

KEVIN F. ROWE, Clerk

By \_\_\_\_/s/\_\_\_\_
Sandra Smith
Deputy Clerk