IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAB TECHNOLOGY, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:01-CV-84-AWT |
| | ) | |
| PORT, INCORPORATED, | ) | October 26, 2006 |
|     Defendant. | ) | |
| _____ | ) | |

## APPEARANCE

Please enter my appearance, in addition to any appearances currently on file, as counsel of record for Defendant Port, Incorporated in the above-styled action.

Respectfully submitted, this 26th day of October, 2006.

_____
Carrie A. Hanlon (ct 26254)

WIGGIN and DANA LLP
400 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 363-7600
Facsimile: (203) 363-7676
Email: chanlon@wiggin.com

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing **APPEARANCE** was this day served on counsel of record for Plaintiff SAB Technology, LLC via first-class mail, postage prepaid, as follows:

> Charles S. Harris
> Harris, Harris & Schmid
> 11 Belden Avenue, Second Floor
> Norwalk, Connecticut 06850

Dated: October 26, 2006

_____
Carrie A. Hanlon