IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAB TECHNOLOGY, LLC,<br>    Plaintiff,<br><br>v.<br><br>PORT, INCORPORATED,<br>    Defendant. | Civil Action No. 3:01-CV-84-AWT<br><br>June 4, 2007 |

## MOTION FOR EXTENSION OF TIME WITHIN
## WHICH TO FILE JOINT TRIAL MEMORANDUM

Defendant, Port, Inc. (now Targus Group International, Inc.), respectfully requests that the Court extend the currently-set June 4, 2007 due date for the joint filing of the Trial Memorandum in this action, for a period of thirty (30) days, to and including July 5, 2007. This is the first request for any extension of this due date.

**This action has been settled**. A complete Settlement Agreement With Releases, with provision for stipulated dismissal of this action with prejudice, was accepted by both parties on May 23 and was signed by Targus on that same day. The agreement was also that same day transmitted to Plaintiff's settlement counsel, Anthony Handal, for obtaining signatures of the various required signatories on the Plaintiff's side. Despite repeated contact attempts, Defendant's counsel heard nothing from Mr. Handal until just this past Friday, June 1, when Mr. Handal advised by email that "I will be back to you shortly would [sic – with] signed documents." *See Exhibit A.* However, no such signed documents have been received, and no word has been received from Mr. Handal in response to email and telephonic messages of today.

While we have every hope and expectation that the signed settlement agreement will eventually be received from Mr. Handal, and that the provided-for stipulated dismissal will then

be filed terminating this action, the simple fact is that we do not yet have the settlement papers in hand. In the meantime today is the due date for the joint Trial Memorandum, and we simply cannot wait any longer.

For this reason, it is respectfully requested that the Court simply extend the date for the Joint Trial Memorandum for thirty (30) days as herein sought. In the event that the worst comes to pass and no signed agreement is forthcoming from Plaintiff's side, we would then take the appropriate steps to either ask the Court to enforce the agreement or, if appropriate, proceed with pre-trial and trial proceedings against Plaintiff on Defendant's counterclaims.

The Court will recall that Mr. Handal is not an attorney of record in this action, having been disqualified at the outset of the case. The only attorney of record for Plaintiff is Mr. Charles Harris, and that is the attorney upon whom this document will be formally served via the Court's electronic filing system. At the same time, it is certified by the undersigned that a true copy hereof is being emailed to Mr. Handal at his email address of ahandal@brownrudnick.com.

Mr. Harris has been contacted about this motion and has advised that he consents to the requested extension.

Respectfully submitted,

William J. Speranza (ct 08165)
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06901
Phone: (203) 363-7637
Fax: (203) 363-7676
wsperanza@wiggin.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

It is hereby certified that on this day a true copy of the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE JOINT TRIAL MEMORANDUM** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: June 4, 2007

_____
William J. Speranza

# EXHIBIT A

**Speranza, William J.**

| | |
|---|---|
| **From:** | Handal, Anthony H. [AHandal@brownrudnick.com] |
| **Sent:** | Friday, June 01, 2007 11:26 AM |
| **To:** | Speranza, William J. |
| **Subject:** | RE: SAB Technologies v. Port |

I will be back to you shortly would sign documents. I've spoken with Hal and he should have a document to us shortly.

Thank you. Things have been a bit busy here.

Tony Handal
Brown Rudnick Berlack Israels LLP
47th Floor
Seven Times Square
New York, NY  10036
Tel. 212-209-4942
Fax    212-209-4801
Email    ahandal@brownrudnick.com
Website    www.brownrudnick.com

---

**From:** Speranza, William J. [mailto:WSperanza@wiggin.com]
**Sent:** Thursday, May 31, 2007 8:43 PM
**To:** Handal, Anthony H.
**Cc:** Scott H. Kaliko, Esq.; charris@harrisschmid.com; Hanlon, Carrie A.
**Subject:** SAB Technologies v. Port

Tony, I have no idea what is going on on your side, given that all that was left to do was the ministerial act of you securing three signatures -- one of which is your own! I am especially in the dark as to why I have not had the courtesy of any response from you to my repeated email pleas. Be that as it may, I can no longer just wait around with a Court due date running.

We will be filing the attached tomorrow.

Regards,

Bill

*********************************************************************
This transmittal is intended for a particular addressee(s). It may constitute a confidential attorney-client communication. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, copying or distribution or dissemination is strictly prohibited. If you suspect that you have received this transmittal in error, please notify Wiggin and Dana immediately at 203-498-4400, or by email, reply to the sender and delete the transmittal and any attachments.
Neither this message nor the documents attached to this message are encrypted.
*********************************************************************

*********************************************************************

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that:

6/4/2007