IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAB TECHNOLOGY, LLC,<br>Plaintiff, | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 3:01-CV-84-AWT<br>) |
| PORT, INCORPORATED,<br>Defendant. | ) June 26, 2007<br>)<br>) |

## STIPULATED DISMISSAL

The parties to this action, having resolved their differences, hereby stipulate and agree to the following terms of dismissal of this action in its entirety, subject to the approval of the Court, pursuant to Rules 41(a)(1)(ii) and 41(c), Federal Rules of Civil Procedure. It is to be noted that, since the commencement of this action, the defendant Port, Inc. has been dissolved and its successor-in-interest is Targus Group International, Inc. ("Defendant").

1. All pending claims and counterclaims in this action shall be and hereby are dismissed with prejudice.

2. Each party shall bear its own attorney's fees and expenses, and no costs are awarded. Without limitation of the foregoing, Defendant expressly waives its right to seek recovery from Plaintiff of the amount of fees and costs that were awarded by the Court in connection with discovery rulings (Docket Index # 112).

STIPULATED AND AGREED TO:

_____
Charles S. Harris (ct 11608)
HARRIS, HARRIS & SCHMID
11 Belden Ave., 2nd Floor
Norwalk, CT 06850
Phone: (203) 838-7111
Fax: (203) 845-0772
charris@harrisschmid.com

Attorneys for Plaintiff

Dated: 6/25/07

_____
William J. Speranza (ct 08165)
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06901
Phone: (203) 363-7637
Fax: (203) 363-7676
wsperanza@wiggin.com

Attorneys for Defendant

Dated: June 26, 2007

**SO ORDERED**, at Hartford, CT, this ___ day of _____, 2007.

_____
United States District Judge

## CERTIFICATE OF SERVICE

      It is hereby certified that a true copy of the foregoing **STIPULATED DISMISSAL,** was this day filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: June 26, 2007.

                                                            William J. Speranza